Certificate Number: 17572-PAE-DE-035733049

Bankruptcy Case Number: 21-11311



17572-PAE-DE-035733049

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2021, at 7:55 o'clock AM PDT, Damen Collins completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 5, 2021                     By:    /s/Kelly Faulks

                                          Name:  Kelly Faulks

                                          Title: Counselor