UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :    CHAPTER 13
DAMEN COLLINS                                   :
                                                :    BANKRUPTCY NO. 21-11311-MDC
                        Debtor                  :
                                                :
PENNSYLVANIA HOUSING FINANCE                    :
AGENCY                                          :
                                                :    RELATED TO DOCUMENT NO. 19
                                                :
                                                :
                        Movant                  :
                                                :
           vs.                                  :
                                                :
DAMEN COLLINS AND KENNETH E.                    :
WEST                                            :
                        Respondents             :

## WITHDRAWAL OF OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

AND NOW comes Pennsylvania Housing Finance Agency by its attorneys and hereby withdraws the

Objections to Confirmation of Chapter 13 Plan heretofore filed on August 10, 2021 to Docket No. 19, in the above

case.

PURCELL, KRUG & HALLER

By: /s/Leon P. Haller
    Leon P. Haller, Esquire
    1719 North Front Street
    Harrisburg, PA 17102-2392
Dated: February 15, 2022          (717)234-4178 ID # 15700
    Attorney for Pennsylvania Housing
    Finance Agency

## CERTIFICATE OF SERVICE

I, Leon P. Haller, attorney for Pennsylvania Housing Finance Agency, hereby certify that a true and correct copy of the foregoing Withdrawal of Objections to Confirmation of Chapter 13 Plan was forwarded to the following individuals by regular U. S. Mail, first class service, postage prepaid, on February 15, 2022 , addressed as follows:

Damen Collins
941 Flanders Road
Philadelphia, PA 19151

Kenneth E. West, Esquire
Via E-Mail:  ECF/CM

Brad J. Sadek, Esquire
Via E-Mail:  ECF/CM

/s/Leon P. Haller
Leon P. Haller

Dated: February 15, 2022