UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Damen Collins            Chapter 13

     Debtor(s)             Bankruptcy No.:    21-11311 **MDC**

## CONSENT ORDER

**AND NOW**, this _____ day of _____, 2021, in upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

**ORDERED**, that in light of the debtor(s) __Three__ (3) prior bankruptcy filings, if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing, individually or jointly, any subsequent bankruptcy case within a period of 24 months without court approval. And it is further

**ORDERED**, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

Date: 3/14/2022           /s/ LeeAne O. Huggins
                                               Kenneth E. West, Esquire
                                               Chapter 13 Standing Trustee

Date: 11/5/21
                                               Attorney for Debtor(s)

Date: 11-10-2021
                                               Debtor(s)

                                               Debtor(s)

**BY THE COURT**

HONORABLE MAGDELINE D. COLEMAN
**CHIEF BANKRUPTCY JUDGE**