United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Damen Collins  
    Debtor

Case No. 21-11311-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 19, 2022      Form ID: 155      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Damen Collins, 941 Flanders Road, Philadelphia, PA 19151-3011 |
| 14606120 | ++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220 address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14612885 | + | Franklin Mint Federal Credit Union, c/o Robert J. Crawley, Esq., 1835 Market St, Ste 1400, Philadelphia, PA 19103-2945 |
| 14612884 | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esq., 1835 Market St, Ste 1400, Philadelphia, PA 19103-2945 |
| 14606133 | + | KML Law Group P.C., Suite 5000- BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14613251 | + | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14612658 | + | PHFA, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14612536 | + | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14614098 | + | Pennsylvania Housing Finance Agency, c/o Leon P. Haller Esq., 1719 North Front Street, Harrisburg, PA 17102-2305 |
| 14606139 | + | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14606145 | + | US Bank National Association, Trustee for PHFA, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14606119 | | Email/Text: megan.harper@phila.gov | May 19 2022 23:46:00 | City of Philadelphia, Tax Unit, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 14608415 | | Email/Text: megan.harper@phila.gov | May 19 2022 23:46:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14606118 | | Email/Text: megan.harper@phila.gov | May 19 2022 23:46:00 | City of Philadelphia, Law Dept, Tax Unit, Bankruptcy Group, MSB, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 14606120 | | Email/Text: cfcbackoffice@contfinco.com | May 19 2022 23:46:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14606114 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2022 23:58:05 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14606115 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2022 23:57:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14606113 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2022 23:58:05 | Capital One, Attn: General, Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14608804 | + | Email/PDF: ebn_ais@aisinfo.com | May 19 2022 23:58:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14606116 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2022 23:57:59 | Citibank, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14606121 | + | Email/Text: ebnnotifications@creditacceptance.com | May 19 2022 23:46:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |

Case 21-11311-mdc  Doc 61  Filed 05/21/22  Entered 05/22/22 00:28:37  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 19, 2022 | Form ID: 155 | Total Noticed: 40 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14606122 | + | Email/PDF: creditonebknotifications@resurgent.com | May 19 2022 23:58:06 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14606123 | + | Email/Text: electronicbkydocs@nelnet.net | May 19 2022 23:46:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14606125 | + | Email/Text: mrdiscen@discover.com | May 19 2022 23:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14606128 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | May 19 2022 23:46:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14606126 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 19 2022 23:57:58 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14606132 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2022 23:46:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14610444 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2022 23:57:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14606134 | + | Email/PDF: pa_dc_claims@navient.com | May 19 2022 23:57:58 | Navient, Attn: Bankruptcy, PO Box 9000, Wiles-Barr, PA 18773-9000 |
| 14606135 | + | Email/PDF: pa_dc_claims@navient.com | May 19 2022 23:58:05 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14606138 | + | Email/Text: blegal@phfa.org | May 19 2022 23:46:00 | PA Housing Finance Agency, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14622377 | + | Email/Text: blegal@phfa.org | May 19 2022 23:46:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14613861 | + | Email/Text: blegal@phfa.org | May 19 2022 23:46:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14606140 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2022 23:46:00 | Quantum3 Group LLC, as agent for MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14606141 | | Email/PDF: ais.sprint.ebn@aisinfo.com | May 19 2022 23:58:05 | Sprint Corp., Attention: Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14606142 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2022 23:58:06 | Synchrony Bank, c/o PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14606143 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2022 23:58:01 | Synchrony Bank/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14606144 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 19 2022 23:46:00 | Tbom/Atls/Aspire, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14610983 | + | Email/Text: electronicbkydocs@nelnet.net | May 19 2022 23:46:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET SUITE 201, LINCOLN, NE 68508-1911 |
| 14606146 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 19 2022 23:46:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Ste 500, Weldon Spring, MO 63304-2225 |
| 14606147 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 19 2022 23:46:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 19, 2022 | Form ID: 155 | Total Noticed: 40 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14606117 | * | Citibank, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14606124 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14606129 | *P++ | FRANKLIN MINT FCU ERIN MOORE, ATTN MEMBER SOLUTIONS, 5 HILLMAN DRIVE, SUITE 100, CHADDS FORD PA 19317-9752, address filed with court:, Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14606130 | *P++ | FRANKLIN MINT FCU ERIN MOORE, ATTN MEMBER SOLUTIONS, 5 HILLMAN DRIVE, SUITE 100, CHADDS FORD PA 19317-9752, address filed with court:, Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14606131 | *P++ | FRANKLIN MINT FCU ERIN MOORE, ATTN MEMBER SOLUTIONS, 5 HILLMAN DRIVE, SUITE 100, CHADDS FORD PA 19317-9752, address filed with court:, Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14606127 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14606136 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14606137 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Damen Collins brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com swenitsky@klehr.com;nyackle@klehr.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PHFA lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PHFA bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| ROBERT J. CRAWLEY | on behalf of Creditor Franklin Mint Federal Credit Union rcrawley@klehr.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Damen Collins
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−11311−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 19th of May 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                  Magdeline D. Coleman
                                                  Chief Judge ,
                                                  United States Bankruptcy Court

                                                                             59 − 10
                                                                            Form 155