United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11311-mdc |
| Damen Collins | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 21, 2022 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Damen Collins, 941 Flanders Road, Philadelphia, PA 19151-3011 |
| cr | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400 Philadelphia, PA 19103-2945 |
| 14612884 | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esq., 1835 Market St, Ste 1400, Philadelphia, PA 19103-2945 |
| 14612885 | + | Franklin Mint Federal Credit Union, c/o Robert J. Crawley, Esq., 1835 Market St, Ste 1400, Philadelphia, PA 19103-2945 |
| 14613251 | + | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14612658 | + | PHFA, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14614098 | + | Pennsylvania Housing Finance Agency, c/o Leon P. Haller Esq., 1719 North Front Street, Harrisburg, PA 17102-2305 |
| 14606139 | + | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14606145 | + | US Bank National Association, Trustee for PHFA, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 22 2022 00:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2022 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14606118 | | Email/Text: megan.harper@phila.gov | Oct 22 2022 00:28:00 | City of Philadelphia, Law Dept, Tax Unit, Bankruptcy Group, MSB, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 14606119 | | Email/Text: megan.harper@phila.gov | Oct 22 2022 00:28:00 | City of Philadelphia, Tax Unit, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 14608415 | | Email/Text: megan.harper@phila.gov | Oct 22 2022 00:28:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14606120 | | Email/Text: cfcbackoffice@contfinco.com | Oct 22 2022 00:28:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14606114 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 22 2022 00:37:40 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14606115 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 22 2022 00:37:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14606113 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 22 2022 00:37:40 | Capital One, Attn: General, Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14608804 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Case 21-11311-mdc Doc 74 Filed 10/23/22 Entered 10/24/22 00:27:48 Desc Imaged
Certificate of Notice Page 2 of 5

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Oct 21, 2022 | Form ID: pdf900 | Total Noticed: 43 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 22 2022 00:37:32 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14606116 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2022 00:37:41 | Citibank, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14606121 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 22 2022 00:28:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14606122 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 22 2022 00:37:31 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14606123 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 22 2022 00:28:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14606125 | + | Email/Text: mrdiscen@discover.com | Oct 22 2022 00:28:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14606128 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Oct 22 2022 00:28:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14606126 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 22 2022 00:37:36 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14606132 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 22 2022 00:28:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14606133 | ^ | MEBN | Oct 22 2022 00:24:57 | KML Law Group P.C., Suite 5000- BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14610444 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2022 00:37:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14606134 | + | Email/PDF: pa_dc_claims@navient.com | Oct 22 2022 00:37:40 | Navient, Attn: Bankruptcy, PO Box 9000, Wiles-Barr, PA 18773-9000 |
| 14606135 | + | Email/PDF: pa_dc_claims@navient.com | Oct 22 2022 00:37:40 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14606138 | + | Email/Text: blegal@phfa.org | Oct 22 2022 00:28:00 | PA Housing Finance Agency, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14622377 | + | Email/Text: blegal@phfa.org | Oct 22 2022 00:28:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14612536 | ^ | MEBN | Oct 22 2022 00:24:57 | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14613861 | + | Email/Text: blegal@phfa.org | Oct 22 2022 00:28:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14606140 | | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2022 00:28:00 | Quantum3 Group LLC, as agent for MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14606141 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Oct 22 2022 00:37:31 | Sprint Corp., Attention: Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14606142 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 22 2022 00:37:40 | Synchrony Bank, c/o PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14606143 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 22 2022 00:37:36 | Synchrony Bank/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14606144 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 22 2022 00:28:00 | Tbom/Atls/Aspire, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14610983 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 22 2022 00:28:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET SUITE 201, LINCOLN, NE 68508-1911 |
| 14606146 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Oct 21, 2022 | Form ID: pdf900 | Total Noticed: 43

|  |  |  | Oct 22 2022 00:28:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Ste 500, Weldon Spring, MO 63304-2225 |
| --- | --- | --- | --- | --- |
| 14606147 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
|  |  |  | Oct 22 2022 00:28:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14606117 | * | Citibank, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14606124 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14606129 | *P++ | FRANKLIN MINT FCU ERIN MOORE, ATTN MEMBER SOLUTIONS, 5 HILLMAN DRIVE, SUITE 100, CHADDS FORD PA 19317-9752, address filed with court:, Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14606130 | *P++ | FRANKLIN MINT FCU ERIN MOORE, ATTN MEMBER SOLUTIONS, 5 HILLMAN DRIVE, SUITE 100, CHADDS FORD PA 19317-9752, address filed with court:, Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14606131 | *P++ | FRANKLIN MINT FCU ERIN MOORE, ATTN MEMBER SOLUTIONS, 5 HILLMAN DRIVE, SUITE 100, CHADDS FORD PA 19317-9752, address filed with court:, Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14606127 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14606136 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14606137 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRAD J. SADEK | on behalf of Debtor Damen Collins brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PHFA bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association  Trustee For The Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 21, 2022 | Form ID: pdf900 | Total Noticed: 43 |

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
    on behalf of Creditor PHFA lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

ROBERT J. CRAWLEY
    on behalf of Creditor Franklin Mint Federal Credit Union rcrawley@klehr.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:　　　　　　　　　　　　　　　　Chapter 13
DAMEN COLLINS

　　　　　　　Debtor　　　　　　Bankruptcy No. 21-11311-MDC

# ORDER

**AND NOW**, this ___20th___ day of ___October___ 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK AND COOPER LAW FIRM
1500 JFK BLVD., SUITE 220
PHILADELPHIA, PA 19102-


Debtor:
DAMEN COLLINS

941 FLANDERS ROAD

PHILADELPHIA, PA 19151